FILED

2007 JUL -6  A 11:21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1/8 RM

#5
Fees Pd
NP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gurmail S. BATH    Plaintiff,

vs.

John E. Potter, Postmaster General
United States Postal Service
       Defendant(s).

CASE NO. C 07 03521 HRL

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. Plaintiff resides at:

   Address  3870 Quimby Road

   City, State & Zip Code  San Jose, CA 95148

   Phone  408-532-1233 (h)  408-509-1082 (cell)

2. Defendant is located at: either NEEOISO, USPS, P.O. Box 21979, Tampa, FL 33622

   Address  or USPS, Law Dep't, Embarcadero Postal Center

   City, State & Zip Code  390 Main St., Suite 740, S.F., CA 94105-5001

3. This action is <u>brought pursuant to Title VII of the Civil Rights Act of 1964</u> for employment discrimination, AND the Americans with Disabilities Act AND the Rehabilitation Act. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

   Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g) and 29 USC 791

4. The acts complained of in this suit concern:

   a. ___ Failure to employ me.

   b. _X_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)  - 1 -

1  c. __ Failure to promote me.
2  d. __ Other acts as specified below.
3  ................................................................
4  ................................................................
5  ................................................................
6  ................................................................
7  ................................................................
8  ................................................................
9  5.  Defendant's conduct is discriminatory with respect to the following:
10  a. __ My race or color.
11  b. X My religion.
12  c. __ My sex.
13  d. X My national origin.
14  e. X Other as specified below.
15  Failure To Accommodate my Disability
16  6.  The basic facts surrounding my claim of discrimination are:
17  See Attached Sheet
18
19
20
21
22
23
24
25  7.  The alleged discrimination occurred on or about February 15, 2002
26  (DATE)
       — U.S.P.S. EEO Counselor
27  8.  I filed charges with the Federal Equal Employment Opportunity Commission (or the
28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                              - 2 -

1  discriminatory conduct on or about ___February 22, 2002___
2                                      (DATE)
3  9.   The Equal Employment Opportunity Commission issued a ~~Notice of Right to Sue letter~~ Denial of my Request for Reconsideration
4  (copy attached), which was received by me on or about ___April 30, 2007___.
5                                      (DATE)
6  10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7       Yes  X    No ____
8  11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.
10
11 DATED: __July 5, 2007__           _____[signature]_____
12                                      SIGNATURE OF PLAINTIFF
13
14 *(PLEASE NOTE: NOTARIZATION*        ___Gurmail S. ~~BATH~~___
15 *IS NOT REQUIRED.)*                  PLAINTIFF'S NAME
16                                      (Printed or Typed)

Mr. Gurmail Bath

3870 Quimby Road

San Jose, California 95148

### Attachment to the Employment Discrimination Complaint of Gurmail Bath

The defendant United States Postal Service terminated my employment in 2002, accusing me of misrepresentation of condition, and failure to disclose outside employment to the Office of Workers Compensation Programs. They accused me of driving a taxi during medical leave without informing either the Postal Service or the OWCP. The termination was based on false information about my OWCP status at the time in which I drove a taxi, and false conclusions about my informing OWCP. In addition, I informed the Postal Service that at the time that I chose to drive the taxi, I had attempted suicide and was subsequently diagnosed with major depression, and that my family, in order to save my life, convinced me to get out of the house and drive a taxi. The Postal Service did not take into account my mental disability when they removed me from my employment. Finally, their removal under these circumstances and their treatment of me during the investigation was discrimination based on my National Origin (Indian-Sikh, wearing a turbin), and Religion (Sikh).