Isreal Ramirez
5174 Poppy Hills Circle
Stockton, CA 95219

FILED
2007 OCT -2 A 8:46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gormail S. Bath

Plaintiff(s),

v.

John E. Potter, Postmaster General United States Postal Service

Defendant(s).

No. C07-03521 HRL

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/27/07

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")