UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GURMAIL BATH,

        Plaintiff,

  v.

JOHN E. POTTER et al,

        Defendant.
                                          /

Case Number: CV07-03521 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gurmail S. Bath
3870 Quimby Road
San Jose, CA 95148

Dated: October 3, 2007

                                      Richard W. Wieking, Clerk
                                      By: Tiffany Salinas-Harwell, Deputy Clerk