# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Gurmail S. Bath

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: #C07-03521HRL

V.

John E. Potter, Postmaster General United States Postal Service

TO: (Name and address of defendant)

John E. Potter, Postmaster General
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Israel Ramirez, Esq
653 N. San Pedro St., Suite C.
San Jose, CA 95110

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

OCT - 2 2007
DATE

(BY) DEPUTY CLERK