UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMAIL BATH, | No. C 07-03521 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| JOHN E. POTTER, | |
| Defendant(s). | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to Reassignment of this case the Case Management Conference has been reset to **January 14, 2008 at 10:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint Case Management Statement by 1/7/2008.

Dated: October 4, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy