# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

2007 OCT 19  P 4: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Gurmail S. Bath

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  #C07-03521HRL

### v.

John E. Potter, Postmaster General United
States Postal Service

TO: (Name and address of defendant)

John E. Potter, Postmaster General
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Israel Ramirez, Esq
653 N. San Pedro St., Suite C.
San Jose, CA 95110

an answer to the complaint which is herewith served upon you, within **30** days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

**OCT - 2 2007**

DATE_____

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and Complaint was made by me [1] | DATE 10-9-07 |
|---|---|

| Name of SERVER Laura Mendoza | TITLE Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via Certified mail pursuant to Rule 4 of the Federal Rules of Civil Procedure

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $60 | TOTAL $60 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10-9-07
                *Date*

LAURA S. MENDOZA
*Signature of Server*

1429 S. Sutter St.
*Address of Server*
Stockton, CA 95206

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure