ISRAEL G. RAMIREZ   State Bar No.: 176366
RAMIREZ & ASSOCIATES
653 North San Pedro Street, Ste. C.
San Jose, CA  95110
(408)947-7244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMAIL BATH,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER,<br><br>Defendant. | Case No.    C07-03521 JW<br><br>PLAINTIFF S ADR CERTIFICATION AND ADR STATEMENT<br><br>Date: January 14, 2008<br>Time: 10:00 a.m.<br>Department: 8<br>Judge: Ware |

Plaintiff s counsel has read the brochure entitled  Dispute Resolution Procedures in the Northern District of California,  and has discussed the ADR options available with his client.

Plaintiff is amenable to ADR at this time, specifically mediation and Plaintiff has discussed ADR options with opposing counsel. Absent further discovery, Defendant s are not amenable to ADR at this time and Plaintiff concurs with Defendant s request that the ADR conference be continued for

ADR STATEMENT                              1

approximately six months.

Respectfully submitted,

Dated: January 8, 2008.

                              RAMIREZ & ASSOCIATES

                    By: /s/Israel Ramirez
                        ISRAEL G. RAMIREZ, ESQ.
                        Attorney for Plaintiff