1    ISRAEL G. RAMIREZ    State Bar No.: 176366
     RAMIREZ & ASSOCIATES
2    653 North San Pedro Street, Ste. C.
     San Jose, CA  95110
3    (408)947-7244

4    Attorneys for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                                    )    Case No.       C07-03521 JW
     GURMAIL BATH,                    )
11                                    )    PLAINTIFF S REQUEST TO
          Plaintiff,                  )    EITHER APPEAR
12                                    )    TELEPHONICALLY OR
     vs.                              )    CONTINUE THE INITIAL CASE
13                                    )    MANAGEMENT CONFERENCE
     JOHN E. POTTER,                  )
14                                    )    Date: January 14, 2008
     Defendant.                       )    Time: 10:00 a.m.
15                                    )    Department: 8
                                      )    Judge: Ware
16                                    )
                                      )
17                                    )    _____
     _____ )

18

19

20        Plaintiff received notice electronically that an order

21   had been issued setting a case management conference for

22   this case on January 17, 2007, and Plaintiff s counsel

     scheduled the conference accordingly.
23
          Apparently the electronic notice was incorrect and the
24
     case management conference had actually been set for three
25
     days earlier on January 14. Plaintiff s counsel will be out
26
     of town on January 14 and hereby requests that the
27
     conference either be continued to a later date or that
28

     STATUS CONFERENCE STATEMENT        1

counsel be allowed to appear telephonically. Opposing counsel has been contacted and is amenable to either alternative.

A joint cmc statement has already been filed in this case and both Parties have requested that the Court issue a Case Management Order consistent with the dates proposed therein.  If the Court is willing to adopt such an Order from the statement, the parties request that Court do so and vacate the case management conference.


Dated: January 8, 2008.


                                    RAMIREZ & ASSOCIATES


                              By:  /s/Israel Ramirez_____
                                   ISRAEL G. RAMIREZ, ESQ.
                                   Attorney for Plaintiff

Status Conference Statement