```
ISRAEL G. RAMIREZ   State Bar No.: 176366
RAMIREZ & ASSOCIATES
653 North San Pedro Street, Ste. C.
San Jose, CA  95110
(408)947-7244

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMAIL BATH,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER,<br><br>Defendant.<br>_____ | Case No.    C07-03521 JW<br><br>PLAINTIFF S REQUEST TO EITHER APPEAR TELEPHONICALLY OR CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: January 14, 2008<br>Time: 10:00 a.m.<br>Department: 8<br>Judge: Ware<br><br>**FINDING AS MOOT** |

   Plaintiff received notice electronically that an order had been issued setting a case management conference for this case on January 17, 2007, and Plaintiff s counsel scheduled the conference accordingly.

   Apparently the electronic notice was incorrect and the case management conference had actually been set for three days earlier on January 14. Plaintiff s counsel will be out of town on January 14 and hereby requests that the conference either be continued to a later date or that

STATUS CONFERENCE STATEMENT          1

**counsel be allowed to appear telephonically. Opposing counsel has been contacted and is amenable to either alternative.**

**A joint cmc statement has already been filed in this case and both Parties have requested that the Court issue a Case Management Order consistent with the dates proposed therein.  If the Court is willing to adopt such an Order from the statement, the parties request that Court do so and vacate the case management conference.**

**Dated: January 8, 2008.**

                                        **RAMIREZ & ASSOCIATES**


                                        **By:  /s/Israel Ramirez_____**
                                              **ISRAEL G. RAMIREZ, ESQ.**
                                              **Attorney for Plaintiff**



***ORDER***

The Court finds as MOOT Plaintiff's Motion to Appear by Telephone/Request to Continue Case Management Conference.  Please see the Court's January 10, 2008 Scheduling Order for further specifics regarding further deadlines in the case.

Date:  January 10, 2008                  _____
                                         United States District Judge

**Status Conference Statement**

2