JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081
   James.Scharf@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GURMAIL S. BATH, | **Case No.**  C 07 03521 JW |
| Plaintiff | STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO VACATE PTC AND PROPOSED ORDER |
| v. | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | PTC Date: August 11, 2008<br>Time: 11:00 a.m.<br>Department: 8<br>Judge: Hon. James Ware |
| Defendant | |

    This case has settled in its entirety.  A Stipulation and Agreement of Compromise and Settlement and [Proposed] Order has been drafted and approved by counsel and will be submitted to the Court within the next thirty days.  Accordingly, the parties jointly request that the Pretrial Conference set for August 11, 2008, go off calendar.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: July 30, 2008                      /S/
                                        JAMES A. SCHARF
                                        Assistant U.S. Attorney
                                        Attorney for Defendant

DATED: July 30, 2008              _____/S/_____
                                  ISRAEL RAMIREZ
                                  Attorney for Plaintiff

IT IS SO ORDERED.

DATED: _____                 _____
                                  United States District Court Judge