1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
   150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5044
6  FAX: (408) 535-5081
   James.Scharf@usdoj.gov
7
   Attorneys for Defendant

*[Court seal with stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GURMAIL S. BATH, | Case No.   C 07 03521 JW |
| Plaintiff | STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO VACATE PTC AND ~~PROPOSED~~ ORDER **TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | |
| Defendant | |

   This case has settled in its entirety. A Stipulation and Agreement of Compromise and Settlement and [Proposed] Order has been drafted and approved by counsel and will be submitted to the Court within the next thirty days. Accordingly, the parties jointly request that the Pretrial Conference set for August 11, 2008, go off calendar.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: July 30, 2008                    _____/S/_____
                                        JAMES A. SCHARF
                                        Assistant U.S. Attorney
                                        Attorney for Defendant

-1-

**\*\*\* ORDER \*\*\***

Pursuant to the parties' Stipulation above whereby the parties inform the Court that the above-entitled matter has reached a settlement, the Court vacates all trial and pretrial dates. On or before **September 5, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA on **September 15, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **September 5, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: July 30, 2008

_____
JAMES WARE
United States District Judge